UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CITIMORTGAGE, INC., :
: NO. 1:11-CV-00714
    Plaintiff, :
:
:
v. : **ORDER**
:
:
TODD CHRISTOPHER CRAWFORD, :
:
    Defendant. :

    This is before the Court on the Magistrate Judge's Report and Recommendation, (doc. 8), to which no objections were filed. In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion to withdraw the reference to the United States Bankruptcy Court be granted.

    The parties were served with the Magistrate Judge's Report and Recommendation and were therefore afforded proper notice of the Magistrate Judge's Report and Recommendation as required by 28 U.S.C. § 636(b)(1)(C), including the notice that failure to file timely objections to the Report and Recommendation would result in a waiver of further appeal. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). Neither Party filed any objections thereto within the time frame provided for by Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(C).

    Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court finds the Magistrate Judge's Report and

Recommendation well-reasoned, thorough, and correct.  Accordingly, the Court ADOPTS it in its entirety (doc. 8) and therefore GRANTS Plaintiff's motion (doc. 2) such that this matter may now proceed before this Court.

   SO ORDERED.

Dated: June 20, 2012                /s/ S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge